# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In The Matter Of:  In Bankruptcy:

HUSEIN PONJEVIC  Case No. 09-65549-TJT
CAMILA PONJEVIC  Chapter 7
                Debtor(s)  Hon. THOMAS J. TUCKER
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

     The attached check in the amount of $7.37 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| American Infosource LP<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | 4 | $3.12 |
| Chase Bank USA, NA<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas, TX 75374 | 8 | $4.25 |

                                                                            **Total: $7.37**

                                                                            Respectfully Submitted,

                                                                            /s/ Gene R. Kohut
                                                                            21 Kercheval Avenue, Suite 285
                                                                            Grosse Pointe Farms, MI 48236
                                                                            Phone: (313) 886-9765
                                                                            E-mail: ecftrustee@gktrustee.com
Dated: 06/21/2011                                                           [P47413]